IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. NANCYLYNN WARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:19-cv-00218 |
| TENNESSEE DEPARTMENT OF EDUCATION, | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendant. | | |

## ORDER

Pending before the Court are Defendant's Motion for Partial Dismissal (Doc. No. 7); Plaintiff's Response (Doc. No. 12); and Defendant's Reply (Doc. No. 13). For the reasons set forth in the accompanying Memorandum, Defendant's Motion is **GRANTED** in part, and **DENIED** in part. Accordingly, the following are **DISMISSED**: (1) Plaintiff's ADA Title II claims; (2) Plaintiff's request for declaratory and injunctive relief under the ADA; and (3) Plaintiff's request for punitive damages. In all other respects, the Motion is denied.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE